```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-2015
```

**HARWOOD FEFFER LLP**
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630



June 1, 2015

**By ECF and Hand Delivery**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *In re American International Group, Inc. ERISA Litigation II*,
           Master File No. 08-CV-5722 (LTS) (DCF)

Dear Judge Swain:

    We write on behalf of the Interim Co-Lead Counsel for the ERISA Plaintiffs in the referenced class action litigation. We are pleased to enclose courtesy copies of the Amended Notice of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Certification of Settlement Class, Approval of Notices of Settlement, Approval of The Plan of Allocation, and Setting of Fairness Hearing, together with the supporting papers and exhibits thereto. A proposed schedule of events relating to the culmination of the proposed settlement is presented in paragraph 22 of the Joint Declaration in support of the Motion. As set forth in the proposed schedule, subject to the Court's convenience, the parties contemplate that the final approval hearing would be held approximately 100 days from the date hereof, or September 9, 2015.

    As the instant motion is made unopposed, Plaintiffs, with the consent of all other parties, request the cancellation of the status conference scheduled with the Court for June 9, 2015, and that the Court enter an Order preliminarily approving the proposed settlement and setting the date for the final approval hearing.

    We remain available to answer any questions the Court may have.

*The June 9, 2015, conference is ~~postponed~~ cancelled.*

Respectfully yours,

Robert I. Harwood

**SO ORDERED:**
_____ 6/5/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

RIH:ggc
Encl.
cc: Magistrate Judge Debra Freeman (via ECF)
    All Counsel (via ECF)